■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOBBS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes of the hearing held on May 17, 1954, on a prior *coram nobis* application) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Harold L. Wood, Esq., 22 West First Street, Mount Vernon, New York, is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. MORROW, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel denied. The appeal is from an ex parte order, dated December 27, 1960, of the County Court of Orange County, obtained by respondent, which vacated a prior order directing that appellant be produced in Orange County for a hearing upon his pending *coram nobis* application, and dismissing such application without prejudice. No appeal lies from such ex parte order (see Code Crim. Pro., § 517). Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BUTTS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant for reconsideration of motion to dispense with printing and for assignment of counsel, granted. On reconsideration, the original motion is granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. J. Thomas Dietz, Esq., 54 Market Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE ANTONIA IRIZARRY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Motion by appellant to extend his time to perfect the appeal granted; time extended to the September Term, beginning September 6, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order dismissing, without a hearing, appellant's habeas corpus proceeding. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.